UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUL 28 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>Samantha Poutoa (2)<br><br>                Defendant. | CASE NO. 15-cr-01750-BTM<br><br>**JUDGMENT OF DISMISSAL** |

       IT APPEARING that the defendant is now entitled to be discharged for the reason that:

<u> x </u> an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

\_\_\_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

<u> X </u> of the offense(s) as charged in the Indictment/Information:

<u>21:952; 960; 18:2 - Importation of Methamphetamine and Aiding and</u>

<u>Abetting (Felony)(1)</u>

       IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 7/28/15

                                                               Jill L. Burkhardt
                                                               U.S. Magistrate Judge